UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Jamin Mazyck,                                      )        C/A No. 1:14-280-JFA-SVH
                                                   )
                          Petitioner,              )
                                                   )
v.                                                 )        ORDER
                                                   )
Adam L. Whitsett, Assistant Attorney General;  )
Chief Mernard Clarkson, SCDU; David Pascoe, )
Solicitor's Office; Sgt. Gerald Carter;            )
Sgt. Eric Baldwin; Det. C. Powell; Sheriff         )
Leroy Ravenell, Orangeburg Sheriff's Dept.;        )
and TRMC, Health Information Management             )
Department.                                        )
                                                   )
                          Respondents.             )
_____ )

The *pro se* petitioner, Jamin Mazyck, is an inmate with the South Carolina

Department of Corrections.  He seeks a writ of mandamus to compel the State to produce

documents related to a 2009 crime of which he was a victim.

The Magistrate Judge assigned to this action[1] has prepared a Report and

Recommendation and opines that the petition should be dismissed.  The Report sets forth in

detail the relevant facts and standards of law on this matter, and the court incorporates such

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02.  The Magistrate Judge makes only a recommendation to this court.  The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976).  The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

without a recitation.

The petitioner was advised of his right to file objections to the Magistrate Judge's Report and Recommendation. The petitioner did not file objections, despite being given an extension of time within which to do so. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

The Magistrate Judge correctly opines that this court has no jurisdiction under 28 U.S.C. § 1361 or § 1651 to grant relief to the petitioner.

The court has carefully reviewed the record in this case, the applicable law, and the Report and Recommendation, and finds the Magistrate's suggested disposition is proper. For the foregoing reasons, the Report and Recommendation is adopted and incorporated herein by reference and this action is dismissed.

IT IS SO ORDERED.

April 30, 2014                                  Joseph F. Anderson, Jr.
Columbia, South Carolina                   United States District Judge