AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jamin Mazyck<br>*Petitioner*<br>v.<br>Adam L. Whitsett, Assistant Attorney General, et al; Chief Mernard Clarkson, SCSU; David Pascoe, Solicitor Office; Sgt. Gerald Carter; Sgt. Eric Baldwin; Det. C. Powell; Sheriff Leroy Ravenell; TRMC, Health Information Management Dept.,<br>*Respondents* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.   1:14-cv-00280-JFA |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Jamin Mazyck, shall take nothing of the respondents, Adam L. Whitsett, Chief Mernard Clarkson, David Pascoe, Sgt. Gerald Carter, Sgt. Eric Baldwin, Det. C. Powell, Sheriff Leroy Ravenell, TRMC, as to the petition filed pursuant to 28 U.S.C. §1361 and this case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding, adopting the Report and Recommendations set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the petition without prejudice.

Date:  May 1, 2014                                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                s/A. Buckingham
                                                                                    *Signature of Clerk or Deputy Clerk*